UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | EDCR25-00309-KK-2 | Date | February 12, 2026 |
|---|---|---|---|

| Present: The Honorable | KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE |
|---|---|
| Punjabi Interpreter | Yuphadee Madan |

| Dominique Carr | Myra Ponce | Kedar S. Bhatia, Stephen Chang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Mandeep Singh | | X | X | 2. John Targowski, CJA | X | | X |

**Proceedings:**   **MOTION TO DISMISS CASE [84]**

The matter is called for hearing and counsel state their appearances.

The Court hears argument from counsel.  For the reasons stated on the record, the Court denies defendant Mr. Mandeep Singh's ("Mr. Singh") Motion to Dismiss Case [Dkt. 84] without prejudice.

The Court confers with the parties regarding defense counsel's ongoing difficulties in consulting with Mr. Singh while he is detained at the Adelanto ICE Processing Center and orders the following:

1. The Government is **ORDERED** to advise the Court of the status and expected timeline of Mr. Singh's removal proceedings, including any scheduled deadlines and hearing dates.
2. The Government is **ORDERED** to advise the Court of its position regarding why Immigration and Customs Enforcement ("ICE") may release Mr. Singh from administrative custody for the purposes of fulfilling a criminal sentence if convicted but will not release Mr. Singh for the purposes of allowing him to remain on pre-trial bail as ordered by the Magistrate Judge.

    The Government shall provide the Court such information in writing no later than two weeks from the date of this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

A separate order re: transportation of Mr. Singh will follow.

|  |  |
|---|---|
|  | 00 : 27 |
|  | Initials of Deputy Clerk  DC |

cc: POLA, USMED